SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Cassandra Frias (SBN 340064)
cfrias@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 544-1084
Facsimile:  (415) 397-8549

Amanda L. Genovese (*Pro Hac Vice Forthcoming*)
agenovese@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Telephone:     (212) 218-5500
Facsimile:     (212) 218-5526

Attorneys for Defendants
CREDENCE MANAGEMENT SOLUTIONS, LLC and
UNITED HEALTHCARE SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARISOL MEJIA,<br><br>                    Plaintiff,<br><br>        v.<br><br>CREDENCE MANAGEMENT SOLUTIONS, UNITED HEALTHCARE SERVICES, INC., and DOES 1-10,<br><br>                    Defendants. | Case No.   2:23-cv-2028<br><br>**DECLARATION OF JANE STALINSKI IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1331 AND 1441**<br><br>Action Filed:    February 14, 2023 |

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1331 AND 1441

I, Jane Stalinski, declare as follows:

1.      I am a resident of Cuyahoga County in the State of Ohio.  I am over the age of 18 years, of sound mind, and fully competent to make this Declaration.

2.      I am an authorized representative of United HealthCare Services, Inc. and its affiliates ("United").  I make this Declaration in support of the Notice of Removal to Federal Court concurrently filed by United.

3.      I base my statements contained herein upon my personal knowledge and from information obtained from various sources, including United's corporate and business records and business documents contemporaneously maintained by United in the regular and ordinary course of business, and therefore, except as stated upon information and belief, know these statements to be true.

4.      I reviewed certain business records relating to Plaintiff Clarisol Mejia ("Mejia"), a participant in a health benefits plan sponsored by Credence Management Solutions, LLC (the "Plan").  The Plan is referenced in paragraphs 10, 16, 31, and 33 of the Complaint.

5.      Attached hereto as **Exhibit A** is a true and correct copy of Certificate of Coverage with an effective date of January 1, 2021 describing the Plan's terms. The  Certificate of Coverage contains a "Statement of Employee Retirement Income Security Act of 1974 (ERISA) Rights," and specifically notes that "[a]s a participant in the plan, you are entitled to certain rights and protections under ERISA." (**Exhibit A** at XVII ("Statement of Employee Retirement Income Security Act of 1974 (ERISA) Rights").)

6.      The Plan, which provided health and welfare benefits to employees and their families, such as Mejia, is governed by ERISA.

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO
FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1331 AND 1441

Executed on March 15, 2023.

_Jane Stalinski_
Jane Stalinski

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1331 AND 144