Jonathan A. Stieglitz, Esq. (SBN 278028)
THE LAW OFFICES OF JONATHAN A. STIEGLITZ
11845 Olympic Blvd., Suite 800
Los Angeles, CA 90064
Telephone:   (323) 979-2063
Facsimile:   (323) 488-6748

Attorney for Plaintiff
Clarisol Mejia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarisol Mejia<br><br>    Plaintiff,<br><br>    v.<br><br>Credence Management Solutions, UnitedHealthcare Insurance Company and DOES 1-10,<br><br>    Defendant. | Case No.: 2:23-cv-02028-MEMF-MBK<br><br>**Notice of Settlement** |

**PLEASE TAKE NOTICE** that Plaintiff Clarisol Mejia, and Defendants Credence Management Solutions, and UnitedHealthcare Insurance Company (the "Parties") have reached a settlement in the above-captioned matter. The Parties expect to file a FRCP Rule 41 Stipulation of Dismissal within forty-five (45) days.

Dated: July 23, 2025                    THE LAW OFFICES OF JONATHAN A. STIEGLITZ

                                      By:   */s/ Jonathan A. Stieglitz*
                                                Jonathan A. Stieglitz
                                                Attorneys for Plaintiff
                                                Clarisol Mejia